```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

- against -

VIRTU FINANCIAL, INC., ET AL.,

                Defendants.

23-cv-8072 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The defendants' motion to dismiss is due **December 4, 2023.** The plaintiff's response is due **January 12, 2024.** The reply is due **February 2, 2024.**

SO ORDERED.

Dated:    New York, New York
            November 20, 2023

                                        /s/ John G. Koeltl
                                        John G. Koeltl
                                United States District Judge