# Taaffe, Damon

| | |
|---|---|
| **From:** | Gordon, Andrew <agordon@paulweiss.com> |
| **Sent:** | Friday, January 12, 2024 10:31 AM |
| **To:** | Taaffe, Damon; Reisner, Lorin L; Carey, Jessica; Hoyle, Emily M |
| **Subject:** | RE: Touching base on Virtu position and meet-and-confer |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Damon,

Thanks for talking a moment ago.  This will confirm that Virtu will consent to the SEC's filing an amended complaint.  You also indicated that the SEC will agree to give us 30 days to respond to the amended complaint.

Best,

Andrew


**Andrew Gordon** | Partner ([Bio](#))
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3543 (Direct Phone) | +1 212 492 0543 (Direct Fax)
agordon@paulweiss.com | www.paulweiss.com

