UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

- against -

VIRTU FINANCIAL, INC., ET AL.,

                Defendants.

---

23-cv-8072 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    For the reasons discussed at the oral argument held on August 9, 2024, the defendants' motion to dismiss the First Amended Complaint is **denied**. The Clerk is respectfully directed to close ECF Nos. 22 and 34.

    The parties are directed to submit a Rule 26(f) Report by August 23, 2024.

**SO ORDERED.**

Dated:    New York, New York
             August 9, 2024

                                      _____
                                      John G. Koeltl
                               United States District Judge