```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――

**SECURITIES AND EXCHANGE COMMISSION,**

                 **Plaintiff,**

      **- against -**

**VIRTU FINANCIAL, INC., ET AL.,**

                 **Defendants.**

**23-cv-8072 (JGK)**

<u>**ORDER**</u>

―――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

     The parties are directed to appear for a telephone conference on **September 12, 2024 at 11:30 a.m.**

     Dial-in: 888-363-4749, with access code 8140049

**SO ORDERED.**

**Dated:**    **New York, New York**
               **August 22, 2024**

                                                    /s/ John G. Koeltl
                                         _____
                                                 **John G. Koeltl**
                                    **United States District Judge**