

**UNITED STATES
SECURITIES AND EXCHANGE
COMMISSION**
100 F. Street, NE
Washington, DC 20549

**DIVISION OF ENFORCEMENT**

Damon Taaffe
Trial Counsel
(202) 551-7420
taaffed@sec.gov

August 29, 2025

<u>**Via ECF**</u>

Honorable John G. Koeltl
United States District Judge, Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:  *SEC v. Virtu Financial Inc., et al.*, No. 1:23-cv-08072 (JGK)

Dear Judge Koeltl,

    We respectfully submit this joint letter to inform the Court that the parties continue to make progress toward a final agreement that would resolve the litigation.  As we explained in our previous letter dated July 1, 2025, the parties have reached an agreement in principle, subject to Commission approval.  Since that date, the SEC's Division of Enforcement has worked diligently on its recommendation to the Commission to resolve the litigation, and that recommendation is now under internal review.  The Division of Enforcement anticipates that the Commission will act on the proposed settlement within 45 to 60 days, which – assuming the settlement is approved – would enable the parties jointly to submit a proposed final judgment.

    The parties propose that they submit another status report in 60 days in the unlikely event that they are unable to file a proposed final judgment before that time.

                                                     Sincerely,

                                                   Damon W. Taaffe
                                                   Trial Counsel

cc:  All counsel (via ECF)