UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>      v.<br><br>VIRTU FINANCIAL INC. and VIRTU AMERICAS LLC,<br><br>            Defendants. | No. 1:23-cv-8072 (JGK) |

**NOTICE OF PLAINTIFF'S CONSENT MOTION FOR ENTRY OF FINAL JUDGMENT**

  PLEASE TAKE NOTICE THAT Plaintiff Securities and Exchange Commission ("Commission") respectfully moves the Court for entry of final judgment reflecting the parties' settled resolution of all claims. The proposed final judgment is filed herewith, along with executed consents for Defendants Virtu Financial Inc. ("VFI") and Virtu Americas LLC ("VAL").

Dated: November 21, 2025

                             Respectfully submitted,

                             /s/ Damon W. Taaffe
                             Damon W. Taaffe (admitted *pro hac vice*)
                             Zachary A. Avallone (admitted *pro hac vice*)
                             U.S. Securities and Exchange Commission
                             100 F Street, N.E.
                             Washington, DC 20549
                             Tel: (202) 551-7420 (Taaffe)
                             taaffed@sec.gov

Of counsel:

David A. Becker
Paul Kim
Alexandra M. Arango
David Bennett
U.S. Securities and Exchange Commission
100 F Street, N.E.

1

Washington, D.C. 20549